IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRUCE HUBERMAN, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| INTERVAL LEISURE | : | |
| GROUP, INC., et al, | : | No. 15-1560 |
| Defendants. | : | |

### ORDER

AND NOW, this **18th** day of **May, 2015**, upon consideration of Plaintiff's Motion for Remand Under 28 U.S.C. § 1447(c), Defendants' response thereto, and for the reasons provided in this Court's Memorandum dated May 18th, 2015, it is hereby **ORDERED** that Plaintiff's motion (Document No. 5) is **DENIED.**

BY THE COURT:

**Berle M. Schiller, J.**