IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRUCE HUBERMAN, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| INTERVAL LEISURE | : | |
| GROUP, INC., et al, | : | No. 15-1560 |
|     Defendants. | : | |

## ORDER

**AND NOW**, this **24th** day of **June, 2015**, upon consideration of Defendants' Motion to Dismiss and/or Transfer Venue, Plaintiff's response thereto, and for the reasons provided in this Court's Memorandum dated June 24, 2015, it is hereby **ORDERED** that Defendants' motion (Document No. 7) is **DENIED.**

                                                BY THE COURT:

                                                _____
                                                **Berle M. Schiller, J.**